IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-032-CR





ALBERT ALEMAN,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL

DISTRICT


NO. 92-211-K26, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING


 





PER CURIAM

 Albert Aleman has filed a motion for extension of time to file notice of appeal. 
Aleman seeks to appeal from an order modifying the conditions of his probation. No appeal lies
from this order. Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977).

 The motion for extension of time to file notice of appeal is overruled. The appeal
is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed

Filed: February 10, 1993

[Do Not Publish]